ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/22/20

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
INNOVATUS CAPITAL PARTNERS, LLC,

                Plaintiff,             18 Civ. 4252 (LLS)

        - against -

JONATHAN NEUMAN, ANTONY MITCHELL,
RITZ ADVISORS, LLC, GREG WILLIAMS,
DARYL CLARK and AMANDA ZACHMAN,

                Defendants.
- - - - - - - - - - - - - - - - - - X
MV REALTY, PBC, LLC,
                                       18 Civ. 7142 (LLS)
                Plaintiff,

        - against -

INNOVATUS CAPITAL PARTNERS, LLC,       ORDER

                Defendant.
- - - - - - - - - - - - - - - - - - X
```

The issues raised in counsel's letters to the Court of May 18, June 3 and 18 (Covington) and May 22 and June 8 (Reitler) are resolved as follows:

All discovery by Innovatus is stayed until 10 days after it submits to MV Realty the definition of confidential material required by the May 28, 2020 Order.

MV Realty may proceed with discovery directed to the issue of entry by others into RTL ("Right to List") agreements, particularly as related to the issue whether knowledge of such

-1-

-2-

agreements was "generally available in the public ". (NDA Article II).

So ordered.

Dated: New York, New York
       June 22, 2020

                                  *Louis L. Stanton*
                                    LOUIS L. STANTON
                                         U.S.D.J.