ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
INNOVATUS CAPITAL PARTNERS, LLC,

            Plaintiff,            18 Civ. 4252 (LLS)

   - against -

JONATHAN NEUMAN, ANTONY MITCHELL,
RITZ ADVISORS, LLC, GREG WILLIAMS,
DARYL CLARK and AMANDA ZACHMAN,

            Defendants.
- - - - - - - - - - - - - - - - - X
MV REALTY, PBC, LLC,

            Plaintiff,            18 Civ. 7142 (LLS)

   - against -

INNOVATUS CAPITAL PARTNERS, LLC,        ORDER

            Defendant.
- - - - - - - - - - - - - - - - - X

    The issues raised in counsels' July 31, August 24, August 27, August 31, and September 1 letters are disposed of as follows:

    1.  MV Realty has leave to make a single motion for summary judgment on any and all grounds available to it without a pre-motion conference.

    2.  To the extent MV Realty requests a stay, the request is denied.

    3.  After a careful item-by-item consideration by the Court, all items listed by Innovatus in the Schottland

Declaration verified July 24, 2020 must be unsealed and publicly filed without redactions, with the exceptions of INNOV0000087, INNOV0000089, INNOV0000096–0000097, INNOV0000102, INNOV0000718–0000730, INNOV0003959–0003960, which may be redacted from the public file. The penultimate sentence in the paragraph continuing on page 13 of that Declaration may redact three words, so it reads, "The [XXX] came from Innovatus."

    So ordered.

Dated: New York, New York
      September 2, 2020

                              *Louis L. Stanton*
                              LOUIS L. STANTON
                              U.S.D.J.