# COVINGTON

BEIJING   BRUSSELS   DUBAI   JOHANNESBURG   LONDON
LOS ANGELES   NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

MEMO ENDORSED

December 8, 2020

The Honorable Louis L. Stanton
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 21-C
New York, New York 10007

Re: *Innovatus Capital Partners, LLC, v. Neuman et. al.* (1:18-cv-04252)

Dear Judge Stanton:

I write on behalf of Defendants Jonathan Neuman, Anthony Mitchell, Ritz Advisors LLC, Greg Williams, Daryl Clark, and Amanda Zachman (together, "Defendants") to respectfully request permission to file under seal Defendants' Response to Innovatus' Counter Statement of Material Facts ("Response"). Defendants' response to Innovatus' Counterstatement of Material Facts ("Counterstatement")[1] contains the full text of the Counterstatement, portions of which Innovatus contends contain Protected Material under the Protective Order (No. 18-04253 Dkt. No. 75). *See* Dkt. 119 (Innovatus Letter Motion to Seal dated December 4, 2020).

Although there is a presumption in favor or public access to judicial documents, a court may seal judicial documents if "closure is essential to preserve the higher values and closure is narrowly tailored to serve that interest." *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006). Defendants' Response refers to, quotes, and contains information that has been designated by the Plaintiff, Innovatus Capital Partners, LLC, as "CONFIDENTIAL" under the Protective Order. *Id.* at 2. The Protective Order further provides: "Where any Confidential or Highly Confidential Materials, or Information derived therefrom, is included in any motion or other proceeding in this Proceeding, the Parties and any involved non-party shall follow the procedures outlined in Fed. R. Civ. P. 5.2, the Standing Order Regarding Electronic Filing Under Seal in Civil and Miscellaneous Cases dated December 19, 2019, and the Individual Rules of Practice issued of the Court, or any Standing Procedural Order subsequently issued by the Court." *Id.* at 11.

*[handwritten annotation: These portions may be redacted.]*

Accordingly, pending the Court's consideration of Innovatus' December 4, 2020 Letter Motion to Seal (Dkt. 119), Defendants respectfully request the Court's permission to file their Response to Innovatus' Counter Statement of Material Facts under seal.

*[handwritten annotation: Denied as too broad]*

Sincerely,

s/ *Jason C. Raofield*
Jason C. Raofield

*[handwritten annotation: So Ordered. Louis L. Stanton 12/9/20]*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/2020

---

[1] A redacted version of the Counterstatement was filed as Dkt. 118.