ORIGINAL

USDC S.D.N.Y.
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/12/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
INNOVATUS CAPITAL PARTNERS, LLC,

                    Plaintiff,                    18 Civ. 4252 (LLS)

          - against -

JONATHAN NEUMAN, ANTONY MITCHELL,
RITZ ADVISORS, LLC, GREG WILLIAMS,
DARYL CLARK and AMANDA ZACHMAN,

                    Defendants.
- - - - - - - - - - - - - - - - - X
MV REALTY, PBC, LLC,
                                                  18 Civ. 7142 (LLS)
                    Plaintiff,

          - against -

INNOVATUS CAPITAL PARTNERS, LLC,                  ORDER

                    Defendant.
- - - - - - - - - - - - - - - - - X


     With respect to Counsels' recent letters to the Court on

sealing (Jan. 19, 2021 and Jan. 21, 2021). The two exhibits may

be sealed in toto. The Jan. 19, 2021 letter must be unredacted

and unsealed.

     In case no. 18 cv 4252, the Clerk of the Court is directed

to modify the viewing level for sealed doc. 134 and 134-1 (The

two letters) to public. Sealed Doc. 134-2 (Ex. A) and 134-3

(Ex. B) is to remain under seal under Selected Parties viewing

level.

     In case no. 18 cv 7142, the Clerk of the Court is directed

to modify the viewing level for sealed doc. 95 and 95-1 (The two

letters) to public.  Sealed Doc. 95-2 (Ex. A) and 95-3 (Ex. B)
is to remain under seal under Selected Parties viewing level.

So ordered.

Dated:    New York, New York
          February 12, 2021

                                        Louis L. Stanton
                                    LOUIS L. STANTON
                                      U.S.D.J.