

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
INNOVATUS CAPITAL PARTNERS, LLC,

                Plaintiff,          18 Civ. 4252 (LLS)

     - against -

JONATHAN NEUMAN, ANTONY MITCHELL,
RITZ ADVISORS, LLC, GREG WILLIAMS,   ORDER

DARYL CLARK and AMANDA ZACHMAN,

                Defendants.
- - - - - - - - - - - - - - - - - X
MV REALTY, PBC, LLC,
                                     18 Civ. 7142 (LLS)
                Plaintiff,

     - against -

INNOVATUS CAPITAL PARTNERS, LLC,

                Defendant.
- - - - - - - - - - - - - - - - - X
```

Innovatus's unopposed request for an administrative stay is granted to the following extent. Innovatus has until 5:00 PM on June 10, 2021 to brief the issue of redaction of the words in the seventh through twelfth lines of the third paragraph of MV Realty's May 24, 2021 Letter, starting with "only through October" and ending with "in its approach".

Its briefing must define what in that part deserves protection from disclosure, how its disclosure would benefit its competitors, and must articulate the specific reasons for non-disclosure of the information by facts, rather than epithets and generalities.

So Ordered.

Dated:   New York, New York
         June 1, 2021

                                    _____
                                    LOUIS L. STANTON
                                       U.S.D.J.