ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
INNOVATUS CAPITAL PARTNERS, LLC,

                    Plaintiff,                18 Civ. 4252 (LLS)

        - against -

JONATHAN NEUMAN, ANTONY MITCHELL,
RITZ ADVISORS, LLC, GREG WILLIAMS,             ORDER

DARYL CLARK and AMANDA ZACHMAN,

                    Defendants.
- - - - - - - - - - - - - - - - - - X
MV REALTY, PBC, LLC,
                                               18 Civ. 7142 (LLS)
                    Plaintiff,

        - against -

INNOVATUS CAPITAL PARTNERS, LLC,

                    Defendant.
- - - - - - - - - - - - - - - - - - X
```

Pursuant to the Court's June 1, 2021 Order, Innovatus submitted briefing detailing the basis for its request to seal certain content in the MV Realty Parties' May 24, 2021 and June 9, 2021 Letters and attached Exhibit A. See Dkt. No. 186. MV Realty filed a brief letter in response, arguing that much of the information Innovatus seeks to seal already appears on the public docket. See Dkt. No. 188.

The information Innovatus seeks to seal does disclose business thought processes and reveals, to some degree, the "roadmap" Innovatus has used and continues to use in its RTL business. Bearing in mind the much-reduced level of secrecy

-2-

required to be shown to justify sealing materials on discovery matters rather than on a motion addressed to the merits of the case, Innovatus may redact the requested information, to the extent such information is not already disclosed in publicly filed materials.

    So Ordered.

Dated:    New York, New York
           August 3, 2021

                                      *Louis L. Stanton*
                                      LOUIS L. STANTON
                                        U.S.D.J.