ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
INNOVATUS CAPITAL PARTNERS, LLC,

                Plaintiff,        18 Civ. 4252 (LLS)

    - against -

JONATHAN NEUMAN, ANTONY MITCHELL,
RITZ ADVISORS, LLC, GREG WILLIAMS,      ORDER

DARYL CLARK and AMANDA ZACHMAN,

                Defendants.
----------------------------------X
MV REALTY, PBC, LLC,

                             18 Civ. 7142 (LLS)

                Plaintiff,

    - against -

INNOVATUS CAPITAL PARTNERS, LLC,

                Defendant.
----------------------------------X

    As appears from the parties' recent correspondence, Innovatus's requests for discovery are unquestionably overbroad. It seeks to obtain discovery of several whole categories of documents, including:

- Documents relating to MV's relationship with 777 Partners;

- Documents relating to financial advisors, rating agencies, and investors;

- Documents relating to MV's Board of Director meetings;

- Various internal communications.

    There may be some documents within those spacious business

areas that are relevant to the only matter remaining in this case, Innovatus's entitlement to recompense for its contributions to MV's business if they enhanced its results, and all such documents must be produced.

As the Court has reiterated in multiple Orders, Innovatus is only entitled to discovery on that issue, and MV shall produce responsive documents, to whatever extent they have not yet been produced. See Orders dated December 23, 2020 and February 11, 2021.

As Redibs exists only to serve Innovatus's interests in the conduct of RTL sales, and Innovatus's control over Redibs borders on the absolute, the two may be regarded as alter egos for purposes of retention and disclosure of documents; and demands for production directed to one taken as also directed to the other, to be complied with by whichever possesses the responsive documents. See also Order dated July 7, 2021.

So Ordered.

Dated:   New York, New York
         November 24, 2021

                                    *Louis L. Stanton*
                                    LOUIS L. STANTON
                                        U.S.D.J.