ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
INNOVATUS CAPITAL PARTNERS, LLC,

             Plaintiff,       18 Civ. 4252 (LLS)

    - against -

JONATHAN NEUMAN, ANTONY MITCHELL,
RITZ ADVISORS, LLC, GREG WILLIAMS,      ORDER

DARYL CLARK and AMANDA ZACHMAN,

             Defendants.
- - - - - - - - - - - - - - - - - - X
MV REALTY, PBC, LLC,

                                      18 Civ. 7142 (LLS)

            Plaintiff,

    - against -

INNOVATUS CAPITAL PARTNERS, LLC,

            Defendant.
- - - - - - - - - - - - - - - - - - X

    It would be premature to make any decision on the merits of this case before the parties have concluded fact discovery. MV Realty's request for leave to seek an order to show cause is denied.

    At the March 18, 2022 status conference, the parties should be prepared to set a schedule for the submission of the joint Pre-Trial Order and associated material for a trial on the issues defined in the Court's December 23, 2020 Memorandum Opinion and Order.

    So Ordered.

Dated:    New York, New York
          December 13, 2021

                                                        Louis L. Stanton
                                                        LOUIS L. STANTON
                                                        U.S.D.J.