**COVINGTON**

BEIJING   BRUSSELS   DUBAI   JOHANNESBURG   LONDON
LOS ANGELES   NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

**MEMO ENDORSED**

March 24, 2022

The Honorable Louis L. Stanton
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 21-C
New York, New York 10007

> Re: **MV Realty, PBC, LLC, v. Innovatus Capital Partners, LLC (1:18-cv-07142); Innovatus v. Neuman et al. (1:18-cv-04252)**

Dear Judge Stanton:

We write in response to Innovatus' March 17, 2022 letter motion (Dkt. 312) seeking leave to file under seal twelve exhibits to Innovatus' March 17 motion to stay proceedings pending appeal (Dkt. 313) on the basis of confidentiality designations made by MV Realty when producing documents pursuant to the Protective Order.[1]

Of the twelve exhibits attached to Innovatus' motion, MV Realty seeks to seal only four: Exhibits 5, 6, 7, and 12. These exhibits are confidential draft presentation materials relating to MV Realty's business, which include detailed information regarding its "business thought processes" and the "roadmap" or approach it has used in its RTL business. (Dkt. 201.) MV Realty would be harmed by the disclosure of these materials to competitors, including Innovatus, which has been attempting to pursue an RTL business of its own. These materials are squarely within the type of materials that the Court has allowed the parties to seal on the basis of the "much-reduced level of secrecy required to be shown to justify sealing materials" at this stage of the litigation. (*Id.*) MV Realty is aware of the Court's order indicating that materials which are sealed at this stage may nonetheless "need to be revealed at trial." (Dkt. 235.)

MV Realty therefore requests that the Court grant Innovatus' motion to seal with respect to Exhibits 5, 6, 7, and 12.

*After inspection of the exhibits, this application is granted and the four exhibits may be sealed, on the above-mentioned understanding*

*Louis L. Stanton   3/29/22*

Sincerely,

s/ Jason C. Raofield
Jason C. Raofield

---

[1] All citations to "Dkt." refer to the docket in *Innovatus Capital Partners, LLC v. Neuman, et al.*, No. 1-18-cv-04252-LLS (S.D.N.Y.). Innovatus filed an identical letter in *MV Realty PBC, LLC v. Innovatus Capital Partners, LLC*, No. 1-18-cv-07142-LLS (S.D.N.Y.). See Dkt. 268, 269.