ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
INNOVATUS CAPITAL PARTNERS, LLC,

              Plaintiff,        18 Civ. 4252 (LLS)

    - against -

JONATHAN NEUMAN, ANTONY MITCHELL,
RITZ ADVISORS, LLC, GREG WILLIAMS,     ORDER

DARYL CLARK and AMANDA ZACHMAN,

              Defendants.
- - - - - - - - - - - - - - - - - X
MV REALTY, PBC, LLC,

                                     18 Civ. 7142 (LLS)

              Plaintiff,

    - against -

INNOVATUS CAPITAL PARTNERS, LLC,

              Defendant.
- - - - - - - - - - - - - - - - - X

    Innovatus's application for a stay of all proceedings in this Court (Dkt. No. 320) is denied, with leave to renew it in the event the Court of Appeals does not grant MV Realty's motion in that Court to dismiss Innovatus's pending appeal.

    So Ordered.

Dated:    New York, New York
          April 18, 2022

                                       *Louis L. Stanton*
                                       LOUIS L. STANTON
                                           U.S.D.J.