ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------- X
INNOVATUS CAPITAL PARTNERS, LLC,

                    Plaintiff,            18 Civ. 4252 (LLS)

        - against -

JONATHAN NEUMAN, ANTONY MITCHELL,
RITZ ADVISORS, LLC, GREG WILLIAMS,
DARYL CLARK and AMANDA ZACHMAN,

                    Defendants.
------------------- X
MV REALTY, PBC, LLC,
                                          18 Civ. 7142 (LLS)
                    Plaintiff,

        - against -

INNOVATUS CAPITAL PARTNERS, LLC,          ORDER

                    Defendant.
------------------- X
```

With no response from Innovatus respecting Mr. Raofield's July 26 Letter, and having checked my own calendar, it seems feasible and appropriate to pick up the March 18, 2022 schedule and set the Final Pre-Trial Conference for Friday, October 21, 2022, at 12:30 PM, at which a firm trial date can be given. As far as my own calendar is concerned, it looks as though that would be (taking into account Innovatus's expert's engagement until Friday, November 11), set to start at 11:00 AM on Monday, November 14, 2022.

So Ordered.

Dated: New York, New York
       August 11, 2022

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.