ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INNOVATUS CAPITAL PARTNERS, LLC,

                Plaintiff,

    - against -

JONATHAN NEUMAN, ANTONY MITCHELL, RITZ ADVISORS, LLC, GREG WILLIAMS, DARYL CLARK, AND AMANDA ZACHMAN,

                Defendants.

18 Civ. 04252 (LLS)

ORDER

---

MV REALTY PBC, LLC,

                Plaintiff,

    - against -

INNOVATUS CAPITAL PARTNERS, LLC,

                Defendants.

18 Civ. 07142 (LLS)

ORDER

---

    MV Realty Parties' ("MV") Motion in Limine No. 1 ("To Limit Innovatus to the twenty purported methods identified by Innovatus in its court-ordered disclosure of the methods at issue in this case") is granted.

    So ordered.

1

Dated:  New York, New York
        October 12, 2022

/s/ Louis L. Stanton
_____
LOUIS L. STANTON
U.S.D.J.