ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INNOVATUS CAPITAL PARTNERS, LLC,

                Plaintiff,

- against -

JONATHAN NEUMAN, ANTONY MITCHELL, RITZ ADVISORS, LLC, GREG WILLIAMS, DARYL CLARK, AND AMANDA ZACHMAN,

                Defendants.

18 Civ. 04252 (LLS)

OPINION & ORDER

---

MV REALTY PBC, LLC,

                Plaintiff,

- against -

INNOVATUS CAPITAL PARTNERS, LLC,

                Defendants.

18 Civ. 07142 (LLS)

OPINION & ORDER

---

MV Realty Parties' ("MV") Motion in Limine No. 2 ("To preclude evidence concerning irrelevant provisions in agreements between MV and third parties") is denied.

The evidence consists of confidentiality provisions and restrictive covenants in more than a dozen agreements by which

1

MV restrained third parties to whom MV disclosed its business methods from revealing their nature to others.

But common sense and normal experience see the careful guarding of something as an indication that it is valuable to its owner and (failing other explanations) that those business methods were regarded as valuable by MV.

The value of those methods is a core issue in the case and Innovatus has the right to argue that MV regarded the business opportunity and methods as confidential and worth protection from disclosure.

That evidence is relevant, and MV's motion to preclude it is denied.

So ordered.

Dated:   New York, New York
         October 12, 2022

*Louis L. Stanton*

LOUIS L. STANTON
U.S.D.J.