UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
INNOVATUS CAPITAL PARTNERS, LLC,                                  :
                                                                  :      1:18-cv-04252-LLS
       Plaintiff,                                                  :
                                                                  :
            - against -                                            :
                                                                  :
JONATHAN NEUMAN, ANTONY MITCHELL, RITZ                            :
ADVISORS, LLC, GREG WILLIAMS, DARYL                               :
CLARK, AND AMANDA ZACHMAN,                                        :
                                                                  :
                                                                  :
                                                                  :
       Defendants.                                                 :
------------------------------------------------------------------X
                                                                  :
MV REALTY PBC, LLC,                                               :
                                                                  :      1:18-cv-07142-LLS
       Plaintiff,                                                  :
                                                                  :
            - against -                                            :
                                                                  :
INNOVATUS CAPITAL PARTNERS, LLC,                                  :
                                                                  :
       Defendant.                                                  :
------------------------------------------------------------------X

## JOINT STATUS REPORT

      Plaintiff Innovatus Capital Partners, LLC ("Innovatus") and Defendants Jonathan Neuman, Antony Mitchell, Ritz Advisors, LLC, Greg Williams, Daryl Clark, and Amanda Zachman (collectively, the "MV Realty Parties"), provide this joint status report.

      The parties have reached agreement on the terms of settlement, and they are working to finalize and execute that agreement. The parties will update the Court by no later than December 15, 2022.

| | |
|---|---|
| Dated: December 13, 2022 | Respectfully submitted, |
| **DECHERT LLP** | **COVINGTON & BURLING LLP** |
| /s/ Michael H. McGinley | /s/ Jason C. Raofield |
| Michael H. McGinley (*pro hac vice*) | Jason C. Raofield (*pro hac vice*) |
| Stuart T. Steinberg (*pro hac vice*) | Kristin M. Cobb (*pro hac vice*) |
| Roger A. Dixon (*pro hac vice*) | Connor J. Kelley (*pro hac vice*) |
| 2929 Arch St. | One CityCenter |
| Philadelphia, PA 19104 | 850 Tenth Street, NW |
| Tel: (215) 994-4000 | Washington, DC 20001-4956 |
| michael.mcginley@dechert.com | Tel: (202) 662-6000 |
| stuart.steinberg@dechert.com | jraofield@cov.com |
| roger.dixon@dechert.com | kcobb@cov.com |
| | ckelley@cov.com |
| Kaitlyn Walsh | |
| Three Bryant Park | Ali Mojibi (*pro hac vice*) |
| 1095 Avenue of the Americas | 1999 Avenue of the Stars |
| New York, NY 10036 | Los Angeles, CA 90067-4643 |
| Tel: (212) 698-3500 | Tel: (424) 332-4800 |
| kaitlyn.walsh@dechert.com | amojibi@cov.com |
| *Counsel for Innovatus Capital Partners, LLC* | Robert C. Gianchetti |
| | The New York Times Building |
| | 620 Eighth Avenue |
| | New York, NY 10018-1405 |
| | Tel: (212) 841-1159 |
| | rgianchetti@cov.com |
| | *Counsel for MV Realty Parties* |